AMENDED
# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006



Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| AO 10 |
| Rev. 1/2007 |

| 1. Person Reporting (last name, first, middle initial)<br><br>EDENFIELD, AVANT B | 2. Court or Organization<br><br>U.S. DISTRICT COURT, SD/GA | 3. Date of Report<br><br>06/05/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE ARTICLE III JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>POST OFFICE BOX 9865<br>SAVANNAH, GEORGIA 31412 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN 11 A 10: 10 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| EDENFIELD, AVANT B | 06/05/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | GEORGE MASON UNIVERSITY - LAW & ECONOMICS CENTER | JULY 5-9 - CAMBRIDGE, MASS - "Culture and Markets" - transportation, lodging, food |
| 2. | FREE SEMINAR | OCT 8-13 - RACINE, WI - "From Terrorism to Tornados: Mitigating Disruptions to Civil Liberties and the Economy - |
| 3. | UNIVERSITY OF GEORGIA SCHOOL OF LAW | OCT 27 - JACKSONVILLE, FL - "Hulsey-Kimbrell Moot Court Competition" - lodging |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EDENFIELD, AVANT B | 06/05/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| EDENFIELD, AVANT B | 06/05/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

X   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

X   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EDENFIELD, AVANT B | 06/05/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA | B | Interest | | | closed | 11/9 | L | | |
| 2. AMERIPRISE FINANCIAL RVS STOCK FUND | B | Dividend | L | T | | | | | |
| 3. IDS GROWTH FUND | C | Dividend | M | T | | | | | |
| 4. SYNOVUS FINANCIAL (STOCK●) | B | Dividend | L | T | | | | | |
| 5. FARMERS & MERCHANTS BANK (STOCK)(STOCK●) | A | Dividend | K | T | | | | | |
| 6. RENTAL INCOME - 2 DUPLEXES STATESBORO GA ● | E | Rent | M | W | | | | | |
| 7. LAND RENTAL INCOME-FARMS SCREVEN & BULLOCH CO, GA | C | Rent | O | W | | | | | |
| 8. WATERFRONT LOT, SUNBURY GA | | None | M | W | | | | | |
| 9. VACANT LOT, STATESBORO, GA | | None | J | W | | | | | |
| 10. FARMERS & MERCHANTS BANK (CHCKG) | A | Interest | J | T | | | | | |
| 11. T. ROWE PRICE, IRA GROWTH STOCK | D | Distribution | M | T | | | | | |
| 12. SAVANNAH BANK (CHCKG) | A | Interest | K | T | | | | | |
| 13. UNITED COMMUNITY BANK (CD) | D | Interest | L | T | | | | | |
| 14. SEA ISLAND BANK | A | Interest | K | T | opened | 9/4 | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EDENFIELD, AVANT B | 06/05/2007 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| EDENFIELD, AVANT B | 06/05/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date  6-5-07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  EDENFIELD, AVANT B | 2. Court or Organization  U.S. DISTRICT COURT, SD/GA | 3. Date of Report  05/01/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  ACTIVE ARTICLE III JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  POST OFFICE BOX 9865 SAVANNAH, GEORGIA 31412 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2001 MAY -7 A 10: 08 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| EDENFIELD, AVANT B | 05/01/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | GEORGE MASON UNIVERSITY - LAW & ECONOMICS CENTER | JULY 5-9 - CAMBRIDGE, MASS - "Culture and Markets" - transportation, lodging, food |
| 2. | FREE SEMINAR | OCT 8-13 - RACINE, WI - "From Terrorism to Tornados: Mitigating Disruptions to Civil Liberties and the Economy - |
| 3. | UNIVERSITY OF GEORGIA SCHOOL OF LAW | OCT 27 - JACKSONVILLE, FL - "Hulsey-Kimbrell Moot Court Competition" - lodging |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EDENFIELD, AVANT B | 05/01/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| EDENFIELD, AVANT B | 05/01/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EDENFIELD, AVANT B | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA | B | Interest | | | closed | 11/9 | L | | |
| 2. INVESTORS STOCK FUND | B | Dividend | L | T | | | | | |
| 3. IDS GROWTH FUND | C | Dividend | M | T | | | | | |
| 4. SYNOVUS FINANCIAL (STOCK | B | Dividend | L | T | | | | | |
| 5. FARMERS & MERCHANTS BANK (STOCK)(STOCK | A | Dividend | K | T | | | | | |
| 6. RENTAL INCOME - 2 DUPLEXES STATESBORO GA | E | Rent | M | W | | | | | |
| 7. LAND RENTAL INCOME-FARMS SCREVEN & BULLOCH CO, GA | C | Rent | O | W | | | | | |
| 8. WATERFRONT LOT, SUNBURY GA | | None | M | W | | | | | |
| 9. VACANT LOT, STATESBORO, GA | | None | J | W | | | | | |
| 10. FARMERS & MERCHANTS BANK (CHCKG) | A | Interest | J | T | | | | | |
| 11. T. ROWE PRICE, IRA GROWTH STOCK | D | Distribution | M | T | | | | | |
| 12. SAVANNAH BANK (CHCKG) | A | Interest | K | T | | | | | |
| 13. UNITED COMMUNITY BANK (CD) | D | Interest | L | T | | | | | |
| 14. SEA ISLAND BANK | A | Interest | K | T | opened | 9/4 | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EDENFIELD, AVANT B | 05/01/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| EDENFIELD, AVANT B | 05/01/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____    Date _____

NOTE: ANY INDIVIDUAL WHO KNOWING AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. 4)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544